*PETER B BUNTING #124104*

*LAW OFFICE OF PETER B BUNTING*

*2304 W SHAW AVE STE 103*

*FRESNO, CA 93711-3307*

*(559)226-4030*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re:<br>CONSUELO AVILA MARTINEZ<br>Debtor, | Case No. 18-10438-B-13F |
|---|---|

### ORDER CONFIRMING PLAN

The Chapter 13 Plan filed on 02/12/2018 has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any change in the Debtor's address;

2. The Debtor shall immediately notify the Trustee, in writing, of any termination, reduction of, or other change in the employment of the Debtor; and

3. The Debtor shall appear in court whenever notified to do so by the Court.

**IT IS FURTHER ORDERED** that the attorney's fees for the Debtor attorney in the full amount of $4,000.00 are approved, $2,357.00 of which was paid prior to the filing of the petition. The balance of $1,643.00, provided that the attorney and Debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the Trustee from plan payments at the rate specified in the confirmed plan.

///

RECEIVED
April 23, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006265178

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows: NONE

Date: 04-03-2018

_(signature)_
Approved by PETER B BUNTING

Date: 4/20/18

_(signature)_
Approved by the Chapter 13 Trustee as to form

Dated: Apr 23, 2018

By the Court

_(signature)_
René Lastreto II, Judge
United States Bankruptcy Court

2